In The
Court of Appeals
Sixth Appellate District of Texas at Texarkana

______________________________

No. 06-04-00125-CV
______________________________


RETRO COMPRESSION, L.L.C., ET AL, Appellants
 
V.
 
ENERGY TRANSFER GROUP, L.L.C., Appellee


                                              

On Appeal from the 4th Judicial District Court
Rusk County, Texas
Trial Court No. 2004-300


                                                 



Before Morriss, C.J., Ross and Carter, JJ.
Memorandum Opinion by Justice Carter


MEMORANDUM OPINION

            Retro Compression, L.L.C.; Genergistics, L.L.C.; Terry Nixon, individually; Grayson Cord
Ederer, individually; John Manning, individually; and OGS Oakhill Pipeline, Inc. have filed a
motion asking this Court to dismiss their appeal. Pursuant to Tex. R. App. P. 42.1(a)(1), we grant
the motion.
            We dismiss the appeal.



                                                                        Jack Carter
                                                                        Justice

Date Submitted:          December 6, 2004
Date Decided:             December 7, 2004